Tabetha A. Martinez
**Nevada Bar No. 14237**
Jessica Recarey-Valenzuela
**Nevada Bar No. 16611**
**BURGER, MEYER & D'ANGELO, LLP**
725 S. 8th Street, Suite 200
Las Vegas, NV 89101
**Mailing Address:**
999 Corporate Dr., Suite 225
Ladera Ranch, CA 92694
Telephone: (949) 427-1888
Facsimile: (949) 427-1889
Email: tmartinez@burgermeyer.com
         jrecarey-valenzuela@burgermeyer.com

Attorney for Defendant
WALMART, INC.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CHERYL TATE, individually, | Case No.:     2:26-cv-00740-JAD-DJA |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| WALMART INC, a Foreign Corporation; DOE INDIVIDUALS 1-20 and ROE CORPORATIONS/ENTITIES 1-20, inclusive, | ECF No. 16 |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties in the above-entitled action, CHERYL TATE and WALMART, INC., by and through their respective counsels of record, that, subject to the terms of the settlement agreement signed by and entered into on behalf of all parties, that all claims and causes of action in the above-entitled action, including all direct claims, counterclaims, and cross-claims, are hereby dismissed with prejudice as to all parties, including as to all DOE and ROE defendants.

///

///

**BURGER, MEYER & D' ANGELO, LLP**

-1-
STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Case 2:26-cv-00740-JAD-DJA    Document 17    Filed 06/18/26    Page 2 of 2

Each party is to bear its, his, or her own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated: June 16, 2026                                    **THE COTTLE FIRM**


*/s/Matthew G. Holland, Esq.*
Matthew G. Holland, Esq.
Attorney for Plaintiff


Dated: June 16, 2026                   **BURGER, MEYER & D'ANGELO, LLP**

*/s/ Jessica Recarey-Valenzuela, Esq.*
Tabetha A. Martinez, Esq.
Jessica Recarey-Valenzuela, Esq.
Attorney for Defendant
WALMART, INC.


### ORDER

Based on the parties' stipulation **[ECF No. 16]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The **Clerk of Court** is directed to **CLOSE THIS CASE**.


_____
U.S. District Judge Jennifer A. Dorsey
Dated: June 18, 2026

**BURGER, MEYER & D' ANGELO, LLP**

-2-
**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**